JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Devon Lendsey, et al.,<br>Plaintiffs,<br>v.<br>Santa Rosa Academy Charter,<br>Defendant. | Case No. EDCV 26-2871 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Order granting Plaintiffs' Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Plaintiffs against Defendant. Plaintiffs are **AWARDED** $57,489.48. (JS-6)

**IT IS SO ORDERED.**

Dated: November 18, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge